CHRISTOPHER FLANAGAN, Appellant, v. TOYOTA OF GREAT NECK, INC., et al., Respondents.— In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Nassau County, dated September 27, 1972, which granted a motion by defendant Toyota of Great Neck, Inc. for summary judgment. Order reversed, with $20 costs and disbursements, and motion denied. In our opinion, questions of fact are present. Such questions may only be resolved after trial. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.